1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAM TRAN,

Plaintiff,

v.

WASHINGTON STATE PATROL,

Defendant.

CASE NO. 3:22-cv-05828-BHS

ORDER

13      THIS MATTER is before the Court on Magistrate Judge David W. Christel's

14  thorough Report and Recommendation, Dkt. 6, recommending that this Court deny pro se

15  plaintiff Tam Tran's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, and dismiss

16  this action without prejudice for failure to state a claim. Tran has not objected or

17  otherwise responded.

18      Tran's initial proposed complaint, Dkt. 1-1, failed to allege any facts in support of

19  a plausible claim, and Judge Christel ordered Tran to file an amended complaint or the

20  matter would be dismissed. Tran did so, Dkt. 4, but his proposed amended complaint

21  suffers from the same fatal flaws as his first attempt: the Washington State Patrol is not a

22  viable defendant for Tran's 42 U.S.C. § 1983 claim, as it is not a person. Tran has not

ORDER - 1

1 | identified any person who personally participated in any constitutional depravation, and

2 | his claims appear to be barred by *Heck v. Humphrey*, 512 U.S 477 (1994). *See* Dkt. 6.

3 |     A district judge must determine de novo any part of a magistrate judge's proposed

4 | disposition to which a party has properly objected. The district judge may accept, reject,

5 | or modify the recommended disposition; receive further evidence; or return the matter to

6 | the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection

7 | requires specific written objections to the findings and recommendations in the R&R.

8 | *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Objections

9 | to an R&R are not a vehicle to relitigate the same arguments carefully considered and

10 | rejected by the magistrate judge. *See, e.g.*, *Fix v. Hartford Life & Accident Ins. Co.*, CV

11 | 16-41-M-DLC-JCL, 2017 WL 2721168, at *1 (D. Mont. June 23, 2017) (collecting

12 | cases).

13 |     The R&R is ADOPTED, Tran's application to proceed *in forma pauperis* is

14 | DENIED, and this matter is DISMISSED without prejudice

15 |     The Clerk shall enter a JUDGMENT and close the case.

16 |     IT IS SO ORDERED.

17 |     Dated this 6th day of January, 2023.

18 |

19 |

20 |             BENJAMIN H. SETTLE
            United States District Judge

21 |

22 |

ORDER - 2